No. 16,399.

SHARP *v.* CARROLL.
(228 P. [2d] 992)

Decided March 19, 1951.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Jackson, Mr. Justice Stone and Mr. Justice Moore, participating.

Mr. FRANK A. SAFRANEK, Mr. THORNTON H. THOMAS, JR., for plaintiff in error.

Messrs. HAM, JOHNSON & SHINN, Mr. SIDNEY P. GODSMAN, for defendant in error.